Motion GRANTED. ICMC reset for 6/3/13 at 3:30 p.m.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| USW Industry 401(k) Fund, *et al.* | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 3:13-cv-139 |
| | ) District Judge Trauger |
| v. | ) Magistrate Judge Griffin |
| | ) |
| CONTI ENTERPRISES, INC. | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs, USW Industry 401(k) Fund (the "Fund") and its Trustees, hereby request that the Court continue the Initial Case Management Conference scheduled for April 29, 2013, for no less than 30 days, to allow additional time for the plaintiffs to successfully serve the defendant.

Respectfully Submitted,

s/Michael Hamilton
Michael Hamilton (Bar # 10720)
mhamilton@provostumphrey.com
PROVOST UMPHREY LAW FIRM LLP
2021 Richard Jones Road, Suite 300
Nashville, TN 37215
Phone: (615) 269-8892
Fax: (615) 256-5922

*Counsel for Plaintiffs*