> GRANTED, and the June 3, 2013 Initial Case Management Conference is CONTINUED to FRIDAY, JULY 26, 2013, at 11:15 a.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| USW INDUSTRY 401(k) FUND AND ITS TRUSTEES *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 3:13-cv-139 ) Judge Trauger |
| v. | ) ) |
| CONTI ENTERPRISES, INC. | ) ) |
| Defendant. | ) ) |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs, USW Industry 401(k) Fund and its trustees, hereby respectfully request that the court continue the Initial Case Management Conference scheduled for June 3, 2013 for no less than forty-five (45) days on grounds that the parties are currently engaged in settlement discussions and want to avoid incurring further costs and attorney's fees.

**WHEREFORE**, Plaintiffs respectfully request that the Initial Case Management Conference be continued for no less than forty-five (45) days to allow the parties to resolve the underlying dispute.

Respectfully Submitted,

/s/Michael Hamilton
Michael Hamilton (Bar # 010720)
PROVOST UMPHREY LAW FIRM , LLP
2021 Richard Jones Road, Suite 300
Nashville, TN  37215
(615) 242-0199
(615) 256-5922 (fax)
mhamilton@provostumphrey.com

*Counsel for Plaintiffs*

1