# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| USW INDUSTRY 401(K) FUND AND ITS TRUSTEES, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) CONTI ENTERPRISES, INC., ) ) Defendant. ) | Civil No. 3:13-0139 Judge Trauger |

## O R D E R

Given the fact that default has been entered by the Clerk in this case (Docket No. 25), it is hereby **ORDERED** that the initial case management conference scheduled for October 28, 2013 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 23rd day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge